No. 1383.  EHLERT v. UNITED STATES.  C. A. 9th Cir. Certiorari granted.  *Mortimer H. Herzstein* for petitioner.  *Solicitor General Griswold* for the United States.

No. 380, Misc.  GRIFFIN ET AL. v. BRECKENRIDGE ET AL. C. A. 5th Cir.  Motion for leave to proceed *in forma pauperis* granted.  Certiorari granted and case transferred to appellate docket.

No. 1284.  FLECK ET AL. v. CLEVELAND BAR ASSN. C. A. 6th Cir.  Certiorari denied.  *Bennet Kleinman* for petitioners.

No. 1319.  SHLOM v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.  *Irwin Klein* for petitioner.  *Solicitor General Griswold, Assistant Attorney General Walters, Joseph M. Howard,* and *John M. Brant* for the United States.

No. 1327.  OLPIN ET AL. v. IDEAL NATIONAL INSURANCE Co. ET AL.  C. A. 10th Cir.  Certiorari denied. *Parker M. Nielson* and *J. Vernon Patrick, Jr.,* for petitioners.  *David K. Watkiss* for respondents.

No. 1329.  GILL ET AL. v. DUNCAN ET AL.  Ct. App. La., 4th Cir.  Certiorari denied.  *George M. Leppert* for petitioners.